# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LLOYD G. DOTSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:16CV501 HEA |
| GEORGE LOMBARDI, et al., | ) ) ) |
| Defendants. | ) ) ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the filing of plaintiff's motion for temporary restraining order. Because plaintiff has not yet filed a complaint in this action, the Court will require that he file a complaint on a court-provided form. *See* Local Rule 2.06(A). Further, plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis along with a prison account statement, so he will be required to do so before he can proceed with this action. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis - Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall file a complaint on the Court-provided form within (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a

motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 14th day of April, 2016.

_____
**HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE**